**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1172**

---

BEULAH HUFF,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, District
Judge.  (CA-99-153-7-F)

---

Submitted:  October 26, 2000      Decided:  November 1, 2000

---

Before WIDENER, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ernest J. Wright, Jacksonville, North Carolina, for Appellant.
Janice McKenzie Cole, United States Attorney, Anne M. Hayes, As-
sistant United States Attorney, Robert E. Skiver, Assistant United
States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Beulah Huff appeals the district court's order granting summary judgment in favor of the United States in Huff's action filed pursuant to the Federal Tort Claims Act.  See 28 U.S.C.A. § 1346 (West 1993 & Supp. 2000); 28 U.S.C. §§ 2671-2680 (1994).  Huff sustained injuries at the naval hospital at Camp Lejeune when the elevator in which she was riding malfunctioned.  At the time of Huff's accident, all the elevators at the naval hospital were maintained by an independent contractor.  The United States is not liable under the Federal Tort Claims Act for actions of its independent contractors.  See Robb v. United States, 80 F.3d 884, 887-90 (4th Cir. 1996); Williams v. United States, 50 F.3d 299, 306-07 (4th Cir. 1995).  Consequently, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED